H. V. Noyes, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* Arthur E. Landel, Doing Business as Williamsville Dairy, et al., Appellants.

H. V. Noyes, as Commissioner of Agriculture and Markets of the State of New York, Respondent, *v.* Sterling Amherst Farms Dairy, Inc., et al., Appellants.

Argued December 3, 1940; decided December 31, 1940; reargued February 27, 1941; decided April 24, 1941.

*Irving G. Hubbs, Merritt A. Switzer* and *Henry S. Manley* for appellants.

*Robert G. Blabey, Louis S. Wallach* and *Milo R. Kniffen* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and LOUGHRAN, J.